# United States Court of Appeals
## For the First Circuit

No. 17-1927

TARA-LEE CAMPBELL, f/k/a Tara-Lee Manchester,

Plaintiff, Appellant,

v.

BRIAN ACKERMAN, in his individual and official capacity as Detective of the Cumberland County Sheriff's Office, and CUMBERLAND COUNTY SHERIFF'S DEPARTMENT,

Defendants, Appellees.

**JUDGMENT**

Entered: August 29, 2018

This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Anthony John Sineni III
Peter T Marchesi
Cassandra S. Shaffer